# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-11183
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LARRY TAYLOR,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CR-207-4

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Larry Taylor has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Taylor has not filed a response.

During the pendency of this appeal, Taylor completed the sentence imposed upon revocation of his supervised release and is no longer in custody.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11183

The district court did not impose an additional term of supervised release. Accordingly, there is no case or controversy for this court to address. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *United States v. Lares-Meraz*, 452 F.3d 352, 354-55 (5th Cir. 2006).

The appeal is therefore DISMISSED AS MOOT, and counsel's motion for leave to withdraw is DENIED as unnecessary.